**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO.: 19-17169 |
| | CHAPTER 13 |
| **Jason P Robbins,** | |
| Debtor, | |
| **Rose A Robbins,** | |
| Joint Debtor. | |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr P , of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association
Name of Transferee

Wells Fargo Bank, N.A.
Name of Transferor

Name and Address where notices to Transferee should be sent:
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Court Claim # (if known): 3-2
Amount of Claim: $239,398.50
Date Claim Filed: 02/04/2020

Phone:
Last Four Digits of Acct #: 3330

Phone: 800-274-7025
Last Four Digits of Acct #: 9829

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 3330

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charles G. Wohlrab          Date: 08/30/2022
    Charles G. Wohlrab, Esq.
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. ff 152 & 3571.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JASON P ROBBINS
1001 MOLLBORE TERRACE
PHILADELPHIA, PA 19148

ROSE A ROBBINS
1001 MOLLBORE TERRACE
PHILADELPHIA, PA 19148

And via electronic mail to:

DAVID M. OFFEN
THE CURTIS CENTER, 601 WALNUT STREET, SUITE 160 WEST
PHILADELPHIA, PA 19106

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Franklin Garcia